UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.:  23 Civ. 9929 (LGS)
                 Petitioners,

                                                  ORDER

             -against-

ALL ACES CORP.,
                 Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties shall file their submissions in connection with Petitioners's Petition to Confirm Arbitration according to the following schedule.  By **January 26, 2024**, Petitioners shall file a Memorandum of Law in support of their Petition to Confirm Arbitration, not to exceed twenty (20) pages.  By **February 16, 2024**, Respondent shall file any opposition, not to exceed twenty (20) pages.  By **February 23, 2024**, Petitioners shall file any reply in support of their Petition, not to exceed five (5) pages.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: January 5, 2024
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE