**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al

                           Petitioner,

       -against-                                                23 **CIVIL** 9929 (LGS)

                                                                    **JUDGMENT**

ALL ACES CORP.,

                           Respondent.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2024, the petition to confirm the Award is GRANTED. Petitioners are entitled to $30,247.41 pursuant to the Award, plus attorney's fees ($7,378.00) and costs ($421.39) totaling $7,799.39. Interest shall accrue from the date judgment is entered until payment is made at the statutory rate prescribed by 28 U.S.C. § 1961. Judgment is entered in favor of Petitioners; accordingly, the case is closed.

**Dated:**  New York, New York

       May 1, 2024

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                            **BY:**     *K. Mango*

                                                                   **Deputy Clerk**